*Dwyer, Mag*
*Facciola, Mag*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED

MAY 30 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS

Hilliard Williams

MAG. NO. 86-117m-01

(CASE NUMBER &
JUDGES'S INITIALS)

### DEFENDANT'S MOTION TO EXPUNGE CRIMINAL RECORD

I NEED TO CLEAR MY NAME FOR JOB PROMOTION

*/s/ Hilliard Williams*

### CERTIFICATE OF SERVICE

I, Hilliard Williams HAVE MAILED A COPY OF THIS MOTION TO (U.S. ATTORNEY who REPRESENTED THE GOVERNMENT.)

5-28-08

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Clerk's Office

September 11, 2006

RE: Hilliard W. Williams
DOB:

### CERTIFICATE

    This is to certify that a search has been made of court records encompassing the period **1978 to Present** inclusive, for a criminal action involving the above listed name.

    After examining the computer for a criminal action, no such record was found. Perhaps you should contact Superior Court for the District of Columbia by calling (202) 879-1010 or writing them at 500 Indiana Avenue, NW, Washington, D.C. 20001.

    If we can be of further assistance, please do not hesitate to call us at (202)354-3120.

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

BY: _____
Calvin D. Craney II
Files/Intake

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____
Deputy Clerk
9/11/06

CO 248 (Revised - DC 04/00) Criminal Record Check

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                      Criminal Case No:   Mag. No. 86-117M-01

WILLIAM HILLIARD

| | |
|---|---|
| Date of Offense: | 5/28/86 |
| Offense: | Records Destroyed; See attachment |
| Date of Disposition: | 7/2/86 |
| Disposition: | Imposition of Sentence Suspended, followed by Three (3) years Supervised Release. Probation referred to Baltimore. Restitution in the amount of $1,841.00, special assessment of $25.00 imposed. |

    I hereby certify, under seal of this Court, that the foregoing is a true copy, from the official court records, of the disposition in the United States District Court for the District of Columbia in the above-entitled matter.

Nancy Mayer-Whittington, Clerk

By: _____

Date: _____

✓ 86-0196M-01 (a) Rosetta Wills - Sent. B/f Dwyer
  Sent: ISS: Deft placed on Prob for 2 yrs - restitution $375.00; assessment $25.00 Dwyer

✓ 85-0685M-01 (a) Lamont Robinson - Nol 1:30 B/f Burnett 7/3?

✓ 86-0373M-01 (a) Vernon Herndon - Sent B/f Dwyer
  Sent: ISS; Prob for 3 yrs - pay restitution of $2704.00, 50 hrs comm. serv. mag/Dwyer

✓ 86-0117M-01 (a) Hilliard Williams - Sent. B/f Dwyer
  Sent: ISS Prob 3 yrs. Prob transferred to Baltimore, Restitution $1,841.00, assessment $25.00,

✓ 86-0352M-01 (a) Ronald Alfred Bryant - Sent. 7-2-86
  Sent: ISS; Prob 18 months; assessment $25.00 w/in 60 days - Dwyer
  Fel. dismissed (Dwyer)

✓ 86-0365M-01 (a) Jacqueline M. Gray  Sent. B/f Dwyer sent cont 8-4-86

~~88-0250M~~

✓ 86-0411M-01 (a) Joseph William Dotson   Sent 7/31/86  P.H. B/f Attridge

✓ 86-0441M-01 (a) Veronique Taylor  PH 9/5/86  Pr

✓ 86-0353M-01 (a) Ellen Ruth Martin 86-0251 Johnson PH 8/1/86 cont

✓ 86-0418M-01 (a) Sharlene Sabina Fontaneau B/f Burnett P.H. 8/13/86

✓ 86-0466M-01 (a) Gardner, Ralph Lee  PH Dismissed 10/27/87 B/f Burnett AWOB B/W iss papers in file room

✓ 86-0467M-01 (a) Murphy, Paulette PH B/f Burnett HC~~J~~  HC
  86-235

✓ 86-0385M-01 (a) Isaiah Henry Broggin B/f Attridge 7-11-?

✓ 86-0460M-01 (a) Walter Spears PH Attridge Dism 7/2/86

✓ 86-0460M-02 (a) Melvin Pearsall PH Attridge Dism by gov Hw

✓ 86-0430M-01 (a) Donovan Daley Attridge N65 7-3-86 Dc &
  86-0245